**In re Private Criminal Complaint of Geoffrey W. ATWELL,**

**Petition of Geoffrey Atwell.**

Supreme Court of Pennsylvania.

July 22, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2008, the Petition for Allowance of Appeal is hereby **DENIED.** The Application for Relief Requesting Supreme Court to Order Superior Court to Submit Court Documents is denied as moot.

■

**Demetrius BAILEY, Appellant**

v.

**Jeffrey BEARD, Louis Folino, Appellees.**

Supreme Court of Pennsylvania.

July 24, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of July, 2008, probable jurisdiction is noted and the Order of the Commonwealth Court is Affirmed.